**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ANDRONIKI GATES,

10              Plaintiff,                           No. C 09-02702 JSW

11        v.                                         **AMENDED ORDER SETTING
                                                     BRIEFING SCHEDULE**
12   STARBUCKS CORPORATION,

13              Defendant.
                                              /
14

15        **This Order is amended solely to correct the case number reflected in the caption.**

16        On June 19, 2009, Plaintiff filed a motion to remand, which was noticed for hearing on

17   July 30, 2009.  On July 6, 2009, this matter was reassigned to this Court, and Plaintiff has

18   renoticed the motion for hearing on August 28, 2009.  It is HEREBY ORDERED that

19   Defendant's opposition to the motion shall be due by no later than July 20, 2009.  Plaintiff's

20   reply shall be due by no later than July 27, 2009.  If the Court finds the matter suitable for

21   disposition without oral argument, it shall notify the parties in advance of the hearing date.  If

22   either party wishes to modify this briefing schedule, that party must submit a request to the

23   Court demonstrating good cause for any such request.

24        **IT IS SO ORDERED.**

25

26   Dated:   July 6, 2009                      _____

27                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California