1   Gregory N. Karasik, SBN 115834
    Spiro Moss  LLP
2   11377 W. Olympic Blvd., Fifth Floor
    Los Angeles, CA 90064-1683
3   Telephone     310-235-2468
    Fax:          310-235-2456
4   greg@spiromoss.com

5   Attorneys for Plaintiff
    ANDRONIKI GATES

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  ANDRONIKI GATES, individually and on    ) Case No. CV 09-2702 JSW
    behalf of other persons similarly situated,  )
                                             ) **CLASS ACTION**
13             Plaintiff,                     )
                                             ) **STIPULATION FOR CONTINUANCE OF**
14       vs.                                  ) **MOTION HEARING AND [proposed]**
                                             ) **ORDER THEREON**
15  STARBUCKS CORPORATION,                    )
                                             ) Current Hearing Date:    December 18, 2009
16             Defendant.                      ) Proposed Hearing Date:   January 22, 2010
                                             )
17  _____ )

18

19        Plaintiff Androniki Gates ("Plaintiff") and defendant Starbucks Corporation

20  ("Defendant"), by and through their respective counsel, enter into the following Stipulation for

21  Continuance of Motion Hearing and mutually request the Court to approve this Stipulation and

22  enter an order in accordance therewith as proposed herein.

23                              **STIPULATION**

24        1.      On November 6, 2009, Defendant filed a motion to dismiss or, in the alternative,

25  to transfer this action to the Central District of California.  Defendant's motion is scheduled for

26  hearing on December 18, 2009.  Defendant contends that the case of *York v. Starbucks*

27  *Corporation*, which has been pending in the Central District since December 2, 2008, includes

28  the same claim asserted by Plaintiff and the same putative class Plaintiff seeks to represent.

                **STIPULATION AND ORDER FOR CONTINUANCE OF HEARING**

2.      On October 9, 2009, Plaintiff filed in the Ninth Circuit a petition for permission to appeal from the Court's order denying Plaintiff's motion for remand, which this Court certified for interlocutory appeal pursuant to 28 U.S.C. Section 1292(b).

3.      On November 9, 2009 Defendant filed a motion for summary adjudication in the *York* action. That motion is scheduled for hearing on November 30, 2009.

4.      A ruling by the Ninth Circuit on Plaintiff's petition for appeal and/or a ruling on Defendant's motion for summary judgment in the *York* action will likely render moot the motion in this action presently scheduled for hearing on December 19, 2009. If the Ninth Circuit grants Plaintiff's petition for appeal, the parties will mutually request a stay pending ultimate resolution by the Ninth Circuit of the jurisdictional issue to be decided on appeal. If the Ninth Circuit denies Plaintiff's petition for appeal and Defendant's motion for summary adjudication is denied, the parties will stipulate to a transfer of this action to the Central District. If the Ninth Circuit denies Plaintiff's petition for appeal and Defendant's motion for summary adjudication is granted, the *York* action may no longer include any of the claims asserted by Plaintiff in this action. The parties anticipate rulings on Plaintiff's petition for permission to appeal and Defendant's motion for summary adjudication within a few weeks.

5.      To conserve their own and the Court's resources, the parties mutually request that the hearing on Defendant's motion presently scheduled for December 18, 2009 be continued until January 22, 2010.

Dated: November 24, 2009                    SPIRO MOSS LLP


                                            By: /s/ Gregory N. Karasik
                                                Gregory N. Karasik

                                            Attorneys for Plaintiff
                                            ANDRONIKI GATES

Dated: November 24, 2009                    AKIN GUMP STRAUSS HAUER & FELD LLP


                                            By: /s/ Mark R. Curiel
                                                Mark R. Curiel

                                            Attorneys for Defendant
                                            STARBUCKS CORPORATION


**STIPULATION AND ORDER FOR CONTINUANCE OF HEARING**
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Good cause having been shown, the foregoing Stipulation is hereby approved and it is

hereby ordered that the hearing on Defendant's motion to dismiss, or in the alternative, for

transfer to the Central District of California, shall be continued to January 22, 2010.
If a further continuance is required, the parties shall file a further stipulation to that effect prior to
January 22, 2010.

Dated: <u>November 30, 2009</u>

_____
United States District Judge

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING

2