1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   GREGORY W. KNOPP (SBN 237615)
2  MARK R. CURIEL (SBN 222749)
   CYNTHIA S. CHOU (SBN 246330)
3  GALIT A. KNOTZ (SBN 252962)
   gknopp@akingump.com
4  mcuriel@akingump.com
   cchou@akingump.com
5  gknotz@akingump.com
   2029 Century Park East, Suite 2400
6  Los Angeles, California 90067-3012
   Telephone:   310-229-1000
7  Facsimile:   310-229-1001

8  Attorneys for STARBUCKS CORPORATION

9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  ANDRONIKI GATES, individually and on behalf of other persons similarly situated, | Case No. CV09-2702 JSW |
| 16  Plaintiff, | **STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER THEREON** |
| 17  v. | |
| 18  STARBUCKS CORPORATION, | Date Action Filed:   May 18, 2009 |
| 19  Defendant. | Date Action Removed:   June 17, 2009 |

20

21

22

23

24

25

26

27

28

Plaintiff Androniki Gates ("Plaintiff") and Defendant Starbucks Corporation ("Defendant"), by and through their respective counsel, enter into a Stipulation to Transfer this Case to the Central District of California based upon the following facts:

1.  On November 6, 2009, Defendant filed a motion to dismiss or, in the alternative, to transfer this action to the Central District of California. Defendant's motion was scheduled for hearing on December 18, 2009. Defendant contends that the case of *York v. Starbucks Corporation*, Case No. 08-CV-07919, which has been pending in the Central District since December 2, 2008, includes the same claim asserted by Plaintiff and the same putative class Plaintiff seeks to represent.

2.  On October 9, 2009, Plaintiff filed in the Ninth Circuit a petition for permission to appeal from the Court's order denying Plaintiff's motion for remand, which this Court had certified for interlocutory appeal pursuant to 28 U.S.C. Section 1292(b).

3.  On November 9, 2009 Defendant filed a motion for summary adjudication in the *York* action.

4.  On November 24, 2009, the parties filed a stipulation to continue the hearing date on Defendant's motion to dismiss/transfer to January 22, 2010, which this Court approved on November 30, 2009. In that stipulation, the parties agreed, *inter alia*, that they would stipulate to transfer this action to the Central District if the Ninth Circuit denied Plaintiff's petition for appeal and the *York* court denied Defendant's motion for summary adjudication.

5.  On December 3, 2009, the *York* court denied Defendant's motion for summary adjudication.

6.  On December 9, 2009, the Ninth Circuit denied Plaintiff's petition for appeal.

1  THEREFORE, THE PARTIES HEREBY STIPULATE that the January 22, 2010
2  hearing be taken off calendar, and this action be transferred to the Central District.
3  **IT IS SO STIPULATED.**

Dated: December 17, 2009                AKIN GUMP STRAUSS HAUER &
                                        FELD LLP


                                        By  /s/ Mark R. Curiel
                                            Mark R. Curiel
                                            Attorneys for Defendant
                                            STARBUCKS CORPORATION


Dated: December 17, 2009                SPIRO MOSS LLP


                                        By  /s/ Gregory N. Karasik
                                            Gregory N. Karasik
                                            Attorneys for Plaintiff
                                            ANDRONIKI GATES


**IT IS SO ORDERED.**

Dated: December 18, 2009    By  [signature]
                                Hon. Jeffrey S. White
                                Judge of the United States District Court

---
2                                                                Case No. CV09-2702 JSW
STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT
OF CALIFORNIA AND [PROPOSED] ORDER THEREON